# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**THOMAS E. SPRINGER,**

        **Plaintiff,**

**-vs-**                              **Case No. 6:07-cv-251-Orl-22KRS**

**DIANE PATRICIA SPRINGER, a/k/a:**
**Diane B. Springer, Diane B. Shepherd,**
**Diane P. Barrett, Diane Simmons, and Diane**
**Derogatis,**

        **Defendant.**

## ORDER

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:**    **MOTION FOR EVIDENTIARY HEARING AND LIMITED DISCOVERY (Doc. No. 15)**
>
> **FILED:**    **April 13, 2007**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

> **MOTION:**    **MOTION TO SEAL EXHIBITS (Doc. No. 16)**
>
> **FILED:**    **April 13, 2007**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED** without prejudice.

Plaintiff Thomas Springer requests an evidentiary hearing on questions related to the sufficiency of service of process on Defendant Diane Springer. Diane Springer has previously

requested an extension of time to answer or otherwise respond to the complaint, which request has been granted.  Doc. No. 10, 12.

At this point, it is unclear whether Diane Springer will answer the complaint or move to dismiss based on any number of defenses.  In the event she raises the insufficiency of service of process, the issues raised in the present motions will be better presented for consideration.  If she does not raise the sufficiency of service of process in her motion to dismiss, there will be no need to hear evidence on that question.

Accordingly, the Clerk of Court is directed to return to Thomas Springer the exhibits he submitted for filing under seal.  In the event a hearing on the issue becomes necessary, Thomas Springer may resubmit a motion for filing the exhibits under seal.  Thomas Springer is cautioned that he should not submit material to be filed under seal to the Court until such time as the Court grants a motion, made in compliance with Local Rule 1.09, for permission to file material under seal.

Thomas Springer is also advised that, pursuant to Local Rule 3.01(g), before filing many types of motions, including a motion for a hearing, the parties are required to engage in a good faith conference to resolve the issues raised in the motion. In any future motions filed with the

Court, Thomas Springer must comply with this requirement or explain why, due to his incarceration, such conference was not feasible.

**DONE** and **ORDERED** in Orlando, Florida on April 20, 2007.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties